UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No.: 13-60744-pjs |
| **Bruce G. Neller and** | Judge: Phillip J. Shefferly |
| **Star A. Neller** | |

_____ _____ _____ Debtor(s) __/

**Bruce G. Neller,**

          **Plaintiff,**

v.     Adv. Proceeding No. 19-04158-pjs
     Judge: Phillip J. Shefferly

**National Master Student Loan Trust-1,**
*et al.*,
          **Defendants.** /
_____

### STIPULATION FOR ENTRY OF CONSENT JUDGMENT

     The Plaintiff, by and through his attorneys, James C. Warr & Associates, PLC, and the Defendants, by and through their attorneys, Sessions, Fishman, Nathan & Israel, LLC, stipulate to the entry of a Consent Judgment in the form attached hereto as Exhibit A.

STIPULATED AND APPROVED:

| | |
|---|---|
| /s/James C. Warr | /s/Brian Roth |
| JAMES C. WARR (P47001) | BRIAN ROTH, ESQ. (Bar No. 22148) |
| James C. Warr & Associates, PLC | Sessions Fishman Nathan & Israel |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 24500 Northwestern Hwy., Suite 205 | Lakeway Two |
| Southfield, MI 48075 | Metairie, Louisiana 70002-7227 |
| (248) 357-5860 | (504) 828-3700 |
| attywarr@sbcglobal.net | broth@sessions.legal |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No.: 13-60744-pjs |
| Bruce G. Neller and | Judge: Phillip J. Shefferly |
| Star A. Neller | |
|                                **Debtor(s)** / | |
| **Bruce G. Neller,** | |
|                 **Plaintiff,** | |
| v. | Adv. Proceeding No. 19-04158-pjs |
| | Judge: Phillip J. Shefferly |
| **National Master Student Loan Trust-1,** | |
| **et al.,** | |
|                             **Defendants.** / | |

## CONSENT JUDGMENT

The parties having stipulated to the resolution of this adversary proceeding; the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that, pursuant to 11 U.S.C. 523(a)(8), all of the debts referenced in the Complaint are **DISCHARGED**;

**IT IS FURTHER ORDERED** that this judgment and discharge are without any effect whatsoever as to the other borrowers on the debts hereby discharged as to Plaintiff and all rights and remedies of Defendants are otherwise reserved.