UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter 13<br>Case No.: 13-60744-pjs |
| **Bruce G. Neller and**<br>**Shefferly**<br>**Star A. Neller** | Judge: Phillip J. |
| _____ Debtor(s) / | |
| **Bruce G. Neller,** | |
| Plaintiff, | |
| v. | Adv. Proc. No. 19-04158-pjs<br>Judge Phillip J. Shefferly |
| **National Master Student Loan Trust-1,**<br>**et al.,** | |
| _____ Defendants. / | |

## CONSENT JUDGMENT

The parties having stipulated to the resolution of this adversary proceeding; the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that, pursuant to 11 U.S.C. 523(a)(8), all of the debts referenced in the Complaint are **DISCHARGED**;

**IT IS FURTHER ORDERED** that this judgment and discharge are without any effect whatsoever as to the other borrowers on the debts hereby discharged as to Plaintiff and all rights and remedies of Defendants are otherwise reserved.

**Signed on January 15, 2020**



/s/ Phillip J. Shefferly
_____
**Phillip J. Shefferly**
**United States Bankruptcy Judge**